IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIE D. SCHNELKER, | ) |
| | ) |
| Plaintiff, | ) CAUSE NO.: |
| | ) |
| v. | ) |
| | ) 04-11433 NG |
| GATEWAY COMPANIES, INC., dba | ) |
| GATEWAY COMPUTERS and/or | ) Referred to CMJ MBBack |
| GATEWAY COUNTRY and/or | ) |
| GATEWAY STORES, | ) |
| Defendant. | ) |

## COMPLAINT

Plaintiff alleges against Defendant that:

1. The Plaintiff is Julie D. Schnelker, who was employed as an instructor in the Framingham, Massachusetts "Gateway Computer" store from about January 28, 2002 to mid-April when she was promoted to Retail Sales Leader ("RSL"). Plaintiff managed both positions until the Employee Contract was signed on or about May 28, 2002. On June 8, 2002 Plaintiff was offered an even better opportunity to transfer to the Braintree, MA Gateway Store of the New England region at which time she was terminated by Defendant on June 17, 2002.

2. The Defendant is Gateway Companies, Inc., ("Gateway"), a corporation doing business as Gateway Computers and/or Gateway Store and/or Gateway Country; "Gateway" maintains a store Framingham, Massachusetts where Plaintiff was employed as a Retail Sales Leader.

3. Gateway maintained a "Plan" of health/medical insurance through CIGNA for its employees and the Plan was regulated by the provisions of the Employment

Retirement Income Security Act of 1974 ("ERISA").

4. During Plaintiff's employment with Gateway, Plaintiff experienced symptoms of endometriosis which caused Plaintiff severe pain, severe migraines and pelvic pain. Plaintiff notified two (2) Managers of the Framingham store that she was in the process of securing medical treatment for her serious medical problems and after exhausting all medical options in Boston, Plaintiff consulted the other two store managers on June 8, 2002 about acquiring the medical attention needed with Plaintiff's previous OB/GYN in Indiana. The trip was pre-approved, an itinerary was provide to management; however, Plaintiff was promptly fired in the midst of securing medical aid and utilizing Plan benefits to which Plaintiff was entitled as an employee of the Defendant.

5. In the meeting on June 8, 2002, Plaintiff was told by Defendant that when Plaintiff returned she would be transferred to the Braintree store and that the transfer would allow Plaintiff more time to acquire medical attention and get back to work.

6. Plaintiff was terminated for pretextual and false reasons. The timing of Plaintiff's termination was suspicious in relation to her physical symptoms and need for medical help. Defendant violated corporate policy of progressive discipline as well as Massachusetts law of "Good Faith in Discharge." The first reason given on the termination document was Plaintiff leaving the store without a manager in the store on June 8, 2002 when Plaintiff was taken by ambulance to the nearest Emergency Room. The Service Manager was in the store and had pro-tem manager responsibility regularly.

7. The Manager, Donna Robinson did not have the authority nor the upper management signature for discharge.

8. Plaintiff contends that Defendant discharged the Plaintiff in violation of ERISA §510 and was motivated to fire the Plaintiff because of her impending need for medical treatment for which she would have utilized Plan benefits offered under Defendant's medical/health insurance Plan.

9. As a direct and proximate result of Defendant's intentional termination of the Plaintiff in violation of ERISA §510, Plaintiff suffered damages and injuries including the loss of her job and job related benefits including income and continued insurance for her serious health condition and other damages and costs incurred by Plaintiff.

WHEREFORE, Plaintiff prays for judgment against the Defendant, for all relief and damages available under ERISA, for any and all reasonable attorney's fees and costs (once one is secured), and for all other just and proper relief in the premises.

Respectfully submitted,

Julie D. Schnelker   *Pro se*   SSN: 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
1732 College Street
Fort Wayne, Indiana 46802
Telephone:   (260) 420-6052