UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIE D. SCHNELKER,<br><br>               Plaintiff,<br><br>v.<br><br>GATEWAY COMPANIES, INC., d/b/a/<br>GATEWAY COMPUTERS and/or<br>GATEWAY COUNTRY and/or GATEWAY<br>STORES,<br><br>               Defendant. | CIVIL ACTION NO. 04-11433 NG |

## DEFENDANT'S MOTION TO EXTEND TIME TO
## FILE ITS RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant, Gateway Computers, Inc., d/b/a Gateway Computers and/or Gateway Country and/or Gateway Stores ("Gateway"), hereby moves this Court for a thirty-day extension of time, until September 1, 2004, in which to file its response to the Complaint filed by *pro se* Plaintiff Julie D. Schnelker ("Plaintiff"). As grounds for this Motion, Defendant states as follows:

    1.    On or about June 23, 2004, Plaintiff filed her Complaint with this Court, and subsequently sent the Complaint and Summons to Defendant by certified mail on or about July 12, 2004.

    2.    Defendant requests a thirty-day extension of time to answer or otherwise respond to Plaintiff's Complaint. Such an extension would cause Defendant's responsive pleading to be due on or before Wednesday, September 1, 2004.

    3.    Defendant has not requested any prior extensions.

WHEREFORE, Defendant Gateway Computers, Inc., d/b/a Gateway Computers and/or Gateway Country and/or Gateway Stores respectfully requests that the Court allow its Motion to Extend Time to File Its Responsive Pleading to Plaintiff's Complaint, thereby extending the deadline until September 1, 2004.

Respectfully submitted,

GATEWAY COMPANIES, INC., d/b/a/
GATEWAY COMPUTERS and/or GATEWAY
COUNTRY and/or GATEWAY STORES,

By its Attorney,

*Katherine Perrelli*
Katherine E. Perrelli (BBO #549820 )
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4800

DATED: August 2, 2004

### CERTIFICATE OF SERVICE

I, Jennifer A. Serafyn, hereby certify that on this 2nd day of August, 2004, I served a true copy of the foregoing document by regular mail, postage prepaid, to *pro se* Plaintiff Julie D. Schnelker, 1732 College Street, Fort Wayne, Indiana, 46802.

*Jennifer A. Serafyn*