UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JULIE D. SCHNELKER,

        Plaintiff,

v.

GATEWAY COMPANIES, INC., d/b/a/ GATEWAY COMPUTERS and/or GATEWAY COUNTRY and/or GATEWAY STORES,

        Defendant.

CIVIL ACTION NO. 04-11433 NG

## DEFENDANT'S SECOND MOTION TO EXTEND TIME TO FILE ITS RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant, Gateway Computers, Inc., d/b/a Gateway Computers and/or Gateway Country and/or Gateway Stores ("Gateway"), hereby moves this Court for a fourteen-day extension of time, until September 15, 2004, in which to file its response to the Complaint filed by *pro se* Plaintiff Julie D. Schnelker ("Plaintiff"). As grounds for this Motion, Defendant states as follows:

1. On or about June 23, 2004, Plaintiff filed her Complaint with this Court, and subsequently sent the Complaint and Summons to Defendant by certified mail on or about July 12, 2004.

2. Defendants' attempts to reach Plaintiff to discuss her claims and Gateway's response to the Complaint have been unsuccessful.

3. Defendant learned today via correspondence from Christopher C. Myers, Esq., an Indiana attorney, that he intends to enter an appearance on behalf of Plaintiff, and will seek admission *pro hac vice*. He has not yet done so.

4. Defendant requests a fourteen-day extension of time to answer or otherwise respond to Plaintiff's Complaint. Such an extension would enable Defendant to further investigate Plaintiff's claims and to confer with her newly retained counsel. The extension would cause Defendant's responsive pleading to be due on or before Wednesday, September 15, 2004.

WHEREFORE, Defendant Gateway Computers, Inc., d/b/a Gateway Computers and/or Gateway Country and/or Gateway Stores respectfully requests that the Court allow its Motion to Extend Time to File Its Responsive Pleading to Plaintiff's Complaint, thereby extending the deadline until September 15, 2004.

Respectfully submitted,

GATEWAY COMPANIES, INC., d/b/a/
GATEWAY COMPUTERS and/or GATEWAY
COUNTRY and/or GATEWAY STORES,

By its Attorney,

_____
Katherine E. Perrelli (BBO #549820)
Kristin Glennan McGurn (BBO #559687)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4800

DATED: August 31, 2004

### CERTIFICATE OF SERVICE

I, Kristin G. McGurn, hereby certify that on this 31st day of August, 2004, I served a true copy of the foregoing document by regular mail, postage prepaid, to *pro se* Plaintiff Julie D. Schnelker, 1732 College Street, Fort Wayne, Indiana, 46802. A courtesy copy was sent to Christopher C. Myers, Christopher C. Myers & Associates, 809 South Calhoun Street, Suite 400, Fort Wayne, IN 46802.

_____
Kristin G. McGurn

# SEYFARTH SHAW LLP
### ATTORNEYS

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
617-946-4800
fax 617-946-4801
www.seyfarth.com

Writer's direct phone
617-946-4858

Writer's e-mail
kmcgurn@seyfarth.com

[Stamp: 2004 AUG 31 P 5:20 — FILED CLERK'S OFFICE, DISTRICT COURT OF MASS.]

August 31, 2004

**VIA HAND DELIVERY**

Mr. Tony Anastas
Clerk, United States District Court
 for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Re: <u>Schnekler v. Gateway Computers, Inc., d/b/a Gateway Computers and/or Gateway Country and/or Gateway Stores</u>
Case No.: 04-11433 NG

Dear Mr. Anastas:

Enclosed for filing in the above-captioned matter please find an original and one (1) copy of Defendant Gateway Computers' Second Motion to Extend Time to File its Responsive Pleading to Plaintiff's Complaint.

Kindly date stamp the enclosed copy of the motion and return it to the awaiting messenger.

Thank you for your attention to this matter. If you have any questions, please do not hesitate to contact me.

Very truly yours,

SEYFARTH SHAW LLP

*/s/ Kristin G. McGurn*
Kristin G. McGurn

KGM/dnl
Enclosure
cc: Julie D. Schnekler (with enclosure)
 Christopher C. Myers, Esquire (with enclosure)

BO1 15665326.1 / 31182-000013
BRUSSELS · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA