UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JULIE D. SCHNELKER | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | CIVIL ACTION NO. 04-11433 NG |
| v. | ) | |
| | ) | |
| GATEWAY COMPANIES, INC. dba | ) | |
| GATEWAY COMPUTERS and/or | ) | |
| GATEWAY COUNTRY and/or | ) | |
| GATEWAY STORES | ) | |
| Defendant | ) | |
| | ) | |

## MOTION OF JONATHAN R. ROTH, ESQ. FOR ADMISSION OF CHRISTOPHER C. MYERS PRO HAC VICE AS COUNSEL FOR PLAINTIFF JULIE D. SCHNELKER

I, Jonathan R. Roth, am a member in good standing of the bar of this Court. My bar number is 556272 and I am moving the admission of Christopher C. Myers  to appear *pro hac vice* in this case as counsel for

I certify that:

1.      The proposed admittee is a member in good standing of the bars of the following Indiana State Courts and is also a Member in good standing of the United States District Court of Northern Indiana and in support of same attach Mr. Myer's PETITION FOR ADMISSION PRO HAC VICE AND AFFIDAVIT with a copy of his Certificate of Good Standing Exhibit A in support of this Motion.

2.      During the twelve months immediately preceding this motion, the proposed admittee has not been admitted *pro hac vice* in this Court.

3.      The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4.      The proposed admittee is familiar with the Code of Professional Responsibility, the Federal

Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.      The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.      Either the undersigned movant Jonathan R. Roth, is a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.      The $50.00 fee for admission pro hac vice is enclosed.

WHEREFORE, I respectfully move this Honorable Court to admit Mr. Myers to practice before

it for the purpose of representing. PLAINTIFF JULIE D. SCHNELKER in this case.

Date: August 31, 2004

Jonathan R. Roth BBO# 556272
171 Locke Drive, Suite 101
Marlborough, MA 01752
(508) 485-1911

**Certificate of Service**

I, Jonathan R. Roth, hereby certify that a true copy of the foregoing **Motion Pro Hac Vice** was served upon Jennifer A. Serafyn, Seyfarth Shaw, LLP World Trade Center East, Two Seaport Lane, Suite 300, Boston, MA 02210 by first-class mail, postage prepaid, on ~~August 31,~~ Sept. 1 2004

Jonathan R. Roth