IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIE D. SCHNELKER, ) | |
| ) | |
| Plaintiff, ) | CAUSE NO.:___04-11433 NG___ |
| ) | |
| v. ) | |
| ) | |
| GATEWAY COMPANIES, INC., dba ) | |
| GATEWAY COMPUTERS and/or ) | |
| GATEWAY COUNTRY and/or ) | |
| GATEWAY STORES, ) | |
| Defendant. ) | |

**APPEARANCE**

The undersigned, Christopher C. Myers, hereby give notice that he will be acting as counsel for the Plaintiff, Julie D. Schnelker, *Pro Hac Vice*, and respectfully requests that the Court and opposing counsel serve him with all pleadings, briefs, court orders, etc., at the following address:

Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802

Dated: August 20, 2004

Respectfully submitted,

CHRISTOPHER C. MYERS & ASSOCIATES

_____
Christopher C. Myers        #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
Telephone:   (260) 424-0600
Facsimile:    (260) 424-0712
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent via First Class Mail, ECF, Courthouse Mail, or Hand Delivery, on the ____ day of August, 2004, to the following:

Jennifer A. Serafyn
Seyfarth Shaw, LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210-2028

_____

CCM/jva
S:\Schnelker, Julie\Appearance.wpd