IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JULIE D. SCHNELKER, | ) | |
| | ) | |
| Plaintiff, | ) | CAUSE NO.: 04-11433 NG |
| | ) | |
| v. | ) | |
| | ) | |
| GATEWAY COMPANIES, INC., dba | ) | |
| GATEWAY COMPUTERS and/or | ) | |
| GATEWAY COUNTRY and/or | ) | |
| GATEWAY STORES, | ) | |
| Defendant. | ) | |

**PETITION FOR ADMISSION PRO HAC VICE**
**AFFIDAVIT OF MOVANT**

I, Christopher C. Myers, am an adult citizen and resident of Auburn, Indiana. I am an attorney in good standing and licensed to practice law in the state of Indiana. I am personally and legally competent to testify to the matters herein.

1. I am licensed to practice law in all Indiana State Courts as well as the Untied States District Courts for the Northern and Southern Districts of Indiana and the United States Court of Appeals for the Seventh Circuit.

2. I have been engaged in the private practice of law in Indiana since October 1981. At all times my license to practice law has been in good standing. A Certificate of Good Standing from the United States District Court for the Northern District of Indiana, Fort Wayne Division is attached hereto as "Exhibit A."

3. I have read the Local Rules for the United States District Court for the District of Massachusetts.

>Respectfully submitted,
>
>CHRISTOPHER C. MYERS & ASSOCIATES
>
>_____
>Christopher C. Myers           #10043-02
>809 South Calhoun Street, Suite 400
>Fort Wayne, Indiana 46802
>Telephone:   (260) 424-0600
>Facsimile:   (260) 424-0712
>ATTORNEY FOR PLAINTIFF

Dated: 8/20/04

## CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**

**NORTHERN DISTRICT OF INDIANA**

I, Stephen R. Ludwig, Clerk of the United States District Court, Northern District of Indiana,

**DO HEREBY CERTIFY** that CHRISTOPHER C. MYERS was duly admitted to practice in said Court on March 10, 1982, and is in good standing as a member of the bar of said Court.

Dated at Fort Wayne, Indiana on July 12, 2004.

STEPHEN R. LUDWIG, CLERK

By: _____
Deputy Clerk

# EXHIBIT A