UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 15 P 2: 32

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JULIE D. SCHNELKER,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>GATEWAY COMPANIES, INC., d/b/a/<br>GATEWAY COMPUTERS and/or<br>GATEWAY COUNTRY and/or GATEWAY<br>STORES,<br><br>　　　　　　　　　Defendant. | CIVIL ACTION NO. 04-11433 NG |

## STIPULATION TO ENLARGE TIME

Plaintiff, Julie D. Schnelker, and defendant, Gateway Computers, Inc., d/b/a Gateway Computers and/or Gateway Country and/or Gateway Stores ("Gateway"), hereby stipulate that the time within which defendant must answer or otherwise respond to plaintiff's Complaint shall be, and is hereby, enlarged to and including October 29, 2004.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

JULIE SCHNELKER

By her Attorney,

*Christopher Myers*

Christopher C. Myers (*Pro Hac Vice*)
CHRISTOPHER C. MYERS & ASSOCIATES
809 South Calhoun Street
Suite 400
Fort Wayne, IN 46802
(260) 424-0600

Jonathan R. Roth (BBO #556272)
171 Locke Drive, Suite 101
Marlborough, MA 01752

GATEWAY COMPANIES, INC., d/b/a/
GATEWAY COMPUTERS and/or
GATEWAY COUNTRY and/or
GATEWAY STORES,

By its Attorney,

*Katherine Perrelli*

Katherine E. Perrelli (BBO #549820 )
Kristin Glennan McGurn (BBO #559687)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4800

DATED: October 15, 2004

**SO ORDERED.**


_____
Nancy Gertner
United States District Judge

Entered: _____

2