# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

__SCHNELKER__
         Plaintiff

V.

__GATEWAY__
         Defendant

CIVIL ACTION

NO. __04cv11433NG__

## SETTLEMENT ORDER OF DISMISSAL

__GERTNER,   D. J.__

The Court having been advised on __3/22/2005__ that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

__3/22/2005__
   Date

__/s/JENNIFER FILO__
   Deputy Clerk

(Dismissal Settlement.wpd - 12/98)