UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIE SCHNELKER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No.: 1:04 CV 11433NG |
| ) | |
| GATEWAY COMPUTERS, INC, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

Plaintiff, Julie Schnelker, by counsel, Christopher C. Myers, hereby notifies the court that the above-captioned cause has been resolved, that Defendant has prepared a Confidential Settlement Agreement, Covenant Not to Sue, and Complete Waiver and Release, and that Plaintiff is in the process of reviewing and signing the Agreement, and that upon execution that document will be returned to defense counsel, at which time a stipulation for dismissal with prejudice will be filed with the court.

Wherefore, Plaintiff prays that the court will show this matter is resolved and further prays that the court will vacate all hearings associated with this cause, and for all other just and proper relief in the premises.

Respectfully submitted,

CHRISTOPHER C. MYERS & ASSOCIATES

s/Christopher C. Myers
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802-2307
Telephone: (260) 424-0600
Facsimile: (260) 424-0712
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby swears that a true and correct copy of the foregoing document was sent, via United States Mail, postage prepaid, or by some other means acceptable to this Court, on this 22nd day of March, 2005, to the following:

Kristin G. McGurn
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210-2028

s/Christopher C. Myers