UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIE D. SCHNELKER,<br><br>      Plaintiff,<br><br>v.<br><br>GATEWAY COMPANIES, INC., d/b/a/<br>GATEWAY COMPUTERS and/or<br>GATEWAY COUNTRY and/or GATEWAY<br>STORES,<br><br>      Defendant | CIVIL ACTION NO. 04-11433 NG |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Massachusetts Rules of Civil Procedure, the parties hereto, by and through their attorneys, hereby stipulate and agree that the above-captioned action is dismissed, with prejudice and without costs.

| | |
|---|---|
| **JULIE SCHNELKER** | Respectfully submitted,<br><br>**GATEWAY COMPANIES, INC.** |
| By her Attorney, | By its Attorneys, |
| *[signature]*<br>Christopher C. Myers (*Pro Hac Vice*)<br>**CHRISTOPHER C. MYERS & ASSOCIATES**<br>809 South Calhoun Street<br>Suite 400<br>Fort Wayne, IN 46802<br>(260) 424-0600<br><br>Jonathan R. Roth (BBO #556272)<br>171 Locke Drive, Suite 101<br>Marlborough, MA 01752<br><br>DATED: ~~March __, 2004~~<br>April 12, 2005 | *[signature]*<br>Katherine Perrelli (BBO # 549820)<br>Kristin Glennan McGurn (BBO # 559687)<br>**SEYFARTH SHAW**<br>World Trade Center East<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210-2028<br>(617) 946-4800 |

2